OSBORNE *v.* HUGHES.

As the surety on a replevy bond given by the defendant in a distress warrant is liable for the condemnation money by reason of his suretyship on that bond, he cannot become surety on an appeal taken by the defendant to the superior court from the judgment rendered against him in the justice's court. An appeal so entered is a nullity and should be dismissed by the superior court on motion. The case is ruled in principle by *The Eufaula Home Insurance Co.* v. *Plant & Cubbedge*, 36 *Ga.* 623.          *Judgment reversed.*
February 26, 1894.

| 93 | 445 |
|107 | 407 |
| 93 | 445 |
|118 | 430 |

Appeal. Before Judge MILNER. Catoosa superior court. February term, 1893.

Osborne sued out a distress warrant against Hughes, who filed a counter-affidavit. In the justice's court plaintiff had judgment, and defendant appealed to the superior court, giving on the appeal bond the same surety that he had given on the replevy bond. Plaintiff moved

on this ground to dismiss the appeal. The motion was overruled, and plaintiff excepted.

J. H. ANDERSON and PAYNE & WALKER, for plaintiff.

R. M. W. GLENN, for defendant.